UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 23-3429 (JMC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: April 29, 2025

*/s/ David Leon Jaroslav (by permission)*
DAVID LEON JAROSLAV
D.C. Bar #90021286
Immigration Reform Law Institute
25 Massachusetts Ave NW, Suite 335
Washington, D.C. 20001
(954) 288-3637
Djaroslav@irli.org

*Counsel for the Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR.
DC Bar #481866
United States Attorney

By: */s/ Kaitlin K. Eckrote*
     KAITLIN K. Eckrote
     DC Bar #1670899
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     (202) 252-2485
     Kaitlin.Eckrote@usdoj.gov

*Counsel for the United States of America*